FILED
September 19, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASMINE VARGAS, <br><br> Defendant. | Case No. CR.S-08-0414-LKK <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JASMINE VARGAS, Case No. CR.S-08-0414-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of: $

 ___ Unsecured Appearance Bond

 ___ Appearance Bond with Surety

 _X_ (Other) <u>Conditions as previously stated on the record.</u>

 ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>09/19/08</u> at 3:10pm

By _____
Edmund F. Brennan
United States Magistrate Judge