LAWRENCE G. BROWN
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-08-414 LKK |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT JASMINE VARGAS AND ORDER |
| v. | |
| JASMINE VARGAS, | |
| Defendant. | |

    The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the indictment, specifically Counts One and Two, against defendant Jasmine VARGAS pursuant to Federal Rule of Criminal Procedure 48(a).

    <u>Background</u>

    On September 11, 2008, a Sacramento federal Grand Jury returned an indictment against defendant Jasmine VARGAS along with three other defendants in a case related to conspiracy to possess with intent to distribute and to distribute methamphetamine and possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§

1  841(a)(1) and 846.

2       On August 7, 2009, the government obtained exculpatory
3  information related to the case pending against Jasmine VARGAS.  This
4  resulted in the government's belief that insufficient evidence exists
5  to sustain a conviction concerning defendant Jasmine VARGAS, who was
6  not detained pretrial.  Counsel for defendants Maria RAMIREZ, Jose
7  Miguel GARCIA and Manuel TORRES and the defendants themselves have no
8  objection to this motion to dismiss.

9       Based on the above recently obtained exculpatory information,
10 the undersigned hereby moves to dismiss with prejudice Counts One and
11 Two against Jasmine VARGAS in Case No. CR-S-08-414 LKK in the
12 interests of justice pursuant to Rule 48(a).

                                  Respectfully Submitted,

                                  LAWRENCE G. BROWN
                                  United States Attorney

DATED:  August 14, 2009     By:/s/ Jill Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. Counts One and Two of the Indictment in Case No. CR-S-08-414 LKK as to defendant Jasmine VARGAS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

DATED: August 14, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT