UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CR. S-08-414 LKK

    Plaintiff,

  v.                    O R D E R

YASMINE VARGAS,

    Defendant.
_____/

    The government is ordered to file a response to defendant's motion for return of property within ten (10) days from the date of this order.

    IT IS SO ORDERED.

    DATED: September 30, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1