HECTOR A. CAVAZOS JR.           SBN 226400
CAVAZOS LAW FIRM
2025 WEST MARCH LANE, SUITE 2
STOCKTON, CALIFORNIA 95207
TELEPHONE: (209) 948-2222
FACSIMILE (209) 948-9999

ATTORNEY FOR:
JASMINE VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   CR-S-08-414 LKK |
|---|---|
| Plaintiff, | **ORDER FOR RETURN OF PROPERTY** |
| v. | |
| YASMINE VARGAS | |
| Defendant,           / | |

For the reasons set forth in the motion for return of property filed by defendant's attorney, **IT IS HEREBY ORDERED** that:

    1.    Ms. Vargas be returned her Mexican Passport and her Legal Permanent Resident card including any and all other items surrendered.

Dated: October 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT